**Creitz & Serebin LLP**

Joseph A. Creitz, Cal. Bar No. 169552
joe@creitzserebin.com
Lisa Serebin, Cal. Bar No. 146312
lisa@creitzserebin.com
CREITZ & SEREBIN LLP
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GLEN EVEN,<br><br>   Plaintiff,<br><br>  vs.<br><br>JAMES L. COMAZZI, an individual; JAMES L. COMAZZI M.D., Inc., a California Corporation; JAMES L. COMAZZI M.D., INC. MONEY PURCHASE PENSION PLAN, an ERISA-regulated pension plan; JAMES L. COMAZZI, M.D., INC. PROFIT SHARING PLAN, an ERISA-regulated pension plan; and JAMES L. COMAZZI, M.D., INC. CASH BALANCE PLAN, an ERISA-regulated pension plan,<br><br>   Defendants. | Case No.: 1:13-CV-00764-GSA<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |

1  TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES

2      In accordance with the terms of the Settlement Agreement executed by the
3  parties in the above-captioned action, and pursuant to Rule 41 of the Federal Rules
4  of Civil Procedure, Plaintiff Glen Even and Defendants James L. Comazzi, James
5  L. Comazzi, M.D., Inc., James L. Comazzi, M.D. Inc. Money Purchase Pension
6  Plan, James L. Comazzi, M.D. Inc. Profit Sharing Plan and James L. Comazzi,
7  M.D. Inc. Cash Balance Plan, hereby stipulate and request that this action in its
8  entirety be dismissed with prejudice.  Each party shall be responsible for bearing
9  its own costs and attorney's fees incurred in connection with this action and the
10 completion of the settlement of same.

13  Dated: _____          /s/ Lisa S. Serebin
14                                Lisa S. Serebin,
                                  CREITZ & SEREBIN LLP
15                                Counsel for Plaintiff

17  Dated: July 22, 2014          /s/ Scott R. Shewan
18                                Scott Shewan
                                  Pape & Shewan LLP
19                                Counsel for Defendants

28 EVEN v. COMAZZI, et al., 1:13-CV-00764-AWI-GSA
   STIP. REQ. FOR DISMISSAL AND ORDER                                    2

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: __July 25, 2014__              _____/s/ Gary S. Austin_____
                                                    UNITED STATES MAGISTRATE JUDGE